IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NATHANIEL PAUL BELCHER,

    Plaintiff,

vs.                                         CASE NO. 5:10cv253/RS-EMT

MARY N. WILSON, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §§1915(e)(2)(B)(i, ii, iii).

3. The clerk is directed to close the file.

**ORDERED** on January 5, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**